[No. 38399-3-II. Division Two. March 24, 2009.]

*In the Matter of the Marriage of* THOMAS TRAVIS YOUNG, *Appellant,* and MARIANNE REMY, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 92-3-00065-3, Wm. Thomas McPhee, J., entered December 6, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 26653-2-III. Division Three. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFREDO CANTU LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00293-3, Robert L. Zagelow, J., entered December 3, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27096-3-III. Division Three. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEE PIERCE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04818-0, Gregory D. Sypolt, J., entered April 24, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 59723-0-I. Division One. March 30, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. WILBER JOSE SORTO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-07307-0, Julie A. Spector, J., entered March 12, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Ellington, JJ.